CORRECTED: February 18, 2009

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1027, -1028

KARA TECHNOLOGY INCORPORATED,

Plaintiff-Appellant,

v.

STAMPS.COM INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the Central District of California in case no. 05-CV-1890, Judge Consuelo B. Marshall.

ON MOTION

ORDER

Upon consideration of Stamps.com, Inc.'s first motion for an extension of time to file its brief, and its amended motion for an extension of time,

IT IS ORDERED THAT:

(1)  The amended motion is granted and Stamps.com's opening brief is due no later than February 17, 2009.

(2)  Stamps.com's first motion for an extension of time is moot.

FOR THE COURT

FEB 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Robert C. Sheinfeld, Esq.
     Philip J. Graves, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 8 2009

JAN HORBALY
CLERK